UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY HOARD,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>WALMART, INC.,<br>　　　　Defendant | C.A. No. 1:21-CV-11342-PBS |

## **STIPULATION**

By agreement of the parties, the Defendant, Walmart, Inc. shall have up to, and including, February 4, 2022 to respond to Plaintiff's Complaint.

| The Plaintiff, | The Defendant, |
|---|---|
| Emily Hoard, | Walmart, Inc., |
| By her Attorneys, | By its Attorneys, |
| | |
| /Susan M. Bourque | /s/ Kristina I. Hultman |
| Eric J. Parker, Esq., BBO No. 549513. | Kristina I. Hultman, Esq. BBO No. 676997 |
| ejp@parkerscheer.com | khultman@bglaw.com |
| Susan M. Bourque, Esq. BBO No. 647195 | Richard E. Quinby, Esq. BBO No. 545641 |
| smb@parkerscheer.com | rquinby@bglaw.com |
| PARKER\|SCHEER, LLP | BARTON GILMAN, LLP |
| One Construction Wharf | One Financial Plaza, 18th Floor |
| Boston, MA 02129 | Providence, RI  02903 |
| T:  (617) 886-0500\|F: (617) 886-0100 | T:  401.273.7171 \| F:  401.273.2904 |

## **CERTIFICATE OF SERVICE**

I, Kristina I. Hultman, attorney for the Defendant, hereby certify that on January 24, 2022, I served a copy of the document upon the following by filing same with the Court:

Susan Bourque, Esq.

*/s/Kristina Hultman*
Kristina I. Hultman